JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JAMES LOGAN, II, | Case No. CV 08-5519-SJO (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN MARSHALL, | |
| Respondent. | |

IT IS ADJUDGED that the petition herein is DISMISSED without prejudice.

Dated: _____10/8/08_____

/S/  S. James Otero
_____
S. James Otero
United States District Judge